UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OVIDIO LOPEZ MORALES and MATEO LARES MICHOCOJ, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

CLEAN TOUCH CAR WASH and JOSEPH SCANNI,

                Defendants.

Index No. CV13-0991

## STIPULATION

The parties, by their undersigned counsel, hereby stipulate to the following:

1. Defendants' time to answer, move, or otherwise respond to the Complaint shall be extended through and including May 7, 2013. If Defendants file a responsive motion to the Complaint, Plaintiff shall have up to thirty (30) days to file any opposition; and Defendants shall have fifteen (15) days to file a reply.

2. This Joint Stipulation may be filed with the Court without further action.

Dated: New York, New York
        April 22, 2013

Respectfully submitted,

VEDDER PRICE P.C.

By: s/ Lyle S. Zuckerman
    Lyle S. Zuckerman
    lzuckerman@vedderprice.com
    1633 Broadway, 47th Floor
    New York, New York 10019
    T: +1 (212) 407-7700
    F: +1 (212) 407-7799

    Attorneys for Defendants
    CLEAN TOUCH CAR WASH AND
    JOSEPH SCANNI

| OUTTEN & GOLDEN LLP | MAKE THE ROAD NEW YORK, INC. |
|---|---|
| By: s/ Justin M. Swartz | By: s/ Julia Dietz |
| Justin M. Swartz | Julia Dietz |
| Reena Arora | 301 Grove Street |
| Sally J. Abrahamson | Brooklyn, New York  11237 |
| (pro hac vice forthcoming) | T:  +1 (718) 418-7690, ext. 1232 |
| 3 Park Avenue, 29th Floor | |
| New York, New York  10016 | |
| T:  +1 (212) 245-1000 | |