<u>EXHIBIT A</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

OVIDIO LOPES MORALES and MATEO LARES MICHOCOJ, individually and on behalf of all others similarly situated,

           Plaintiffs,

-against-

CLEAN TOUCH CAR WASH and JOSEPH SCANNI,

           Defendants.

---

Case No. CV 13-991 (DLI)(RML)

<u>**STIPULATION OF DISMISSAL**</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-entitled action shall be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear its own attorneys' fees and costs; provided, however, that the Court shall retain jurisdiction for purposes of enforcement of the settlement agreement only.

Dated: ~~July~~ August 16 , 2013

| OUTTEN & GOLDEN LLP | VEDDER PRICE P.C. |
|---|---|
| By: /s/ JUSTIN M. SWARTZ | By: /s/ LYLE S. ZUCKERMAN |
| JUSTIN M. SWARTZ | LYLE S. ZUCKERMAN |
| SALLY J. ABRAHAMSON | 1633 Broadway, 47th Floor |
| 708 Third Avenue, 6th Floor | New York, NY 10019 |
| New York, NY 10017 | Attorneys for Defendants |
| Attorneys for Plaintiffs | Clean Touch Car Wash and |
| Ovidio Lopez Morales and | Joseph Scanni |
| Mateo Lares Michocoj | |

MAKE THE ROAD NEW YORK, INC.

By: /s/ JULIA DIETZ
JULIA DIETZ
301 Grove Street
Brooklyn, NY 11237
Attorneys for Plaintiffs
Ovidio Lopez Morales and
Mateo Lares Michocoj


SO ORDERED:

_____
U.S.M.J.